UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SADIE HILL MURPHY,

        Plaintiff,

vs.

CITIMORTGAGE and BAYVIEW LOAN SERVICING, LLC,

        Defendants.

CIVIL ACTION FILE

1:17-cv-418-AT

## J U D G M E N T

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the Defendants' Motions to Dismiss, and the Court having **GRANTED** said motions, it is

**Ordered and Adjudged** that this civil action is DISMISSED.

Dated at Atlanta, Georgia, this 31st day of January, 2018.

                              JAMES N. HATTEN
                              CLERK OF COURT


                    By:    s/ James Jarvis
                              Deputy Clerk

Prepared and Entered
in the Clerk's Office
January 31, 2018
James N. Hatten
Clerk of Court

By:  s/ James Jarvis
       Deputy Clerk